ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
RAYLEEN RENEE EIDSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>RAYLEEN RENEE EIDSON,<br><br>        Defendant. | Case No.: CR-F-05-242 OWW<br><br>STIPULATION FOR EXONERATION OF PROPERTY BOND TO BE REPLACED WITH CASH BOND AND RECONVEYANCE OF REAL PROPERTY WITH PROPOSED ORDER |

    IT IS HEREBY STIPULATED between the Defendant, RAYLEEN RENEE EIDSON, by and through her attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kimberly Sanchez, as well as Pretrial Officer, Lydia Serrano, that an Order be issued exonerating the property bond and the real property in interest be reconveyed in this matter.  A cash bond in the amount of $10,000.00 will be placed with the Clerk upon Order of the Court to reconvey the property.

    On September 2, 2005 an original Deed of Trust was posted on behalf of the Defendant, RAYLEEN RENEE EIDSON, by Michael and Debra Eidson (Deed of Trust Receipt No. 101 7651 and Recorder No.

PDF created with pdfFactory trial version www.pdffactory.com

2055604).  The Straight Note and Deed of Trust were posted in the amount of $150,000.00.

It is respectfully requested that the property bond in this matter be exonerated and that the property posted as collateral for the bond be reconveyed to Michael and Debra Eidson, and that a cash bond in the amount of $10,000.00 be posted for the Defendant, RAYLEEN RENEE EIDSON.

                                      Respectfully submitted,

Dated:  October 20, 2006

                                        /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
RAYLEEN RENEE EIDSON

Dated:  October 20, 2006

                                        /s/ Kimberly Sanchez
Kimberly Sanchez,
Assistant United States Attorney

Date:  October 20, 2006

                                        /s/ Lydia Serrano
Lydia Serrano
United States Pretrial Officer

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED that the property bond in the above-captioned matter be exonerated and title to the real property be reconveyed to Michael and Debra Eidson.

IT IS FURTHER ORDERED that the Defendant will post a cash bond with the Court in the amount of $10,000.00.

Dated:    October 24, 2006

                                                /s/ Oliver W. Wanger  
                                                HONORABLE OLIVER W. WANGER  
                                                U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com