ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
RAYLEEN RENEE EIDSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-05-0242 OWW |
| Plaintiff, | ) DEFENDANT'S NOTICE OF WAIVER OF ) PERSONAL APPEARANCE |
| vs. | ) |
| RAYLEEN RENEE EIDSON, | ) |
| Defendant. | ) |

   Defendant, RAYLEEN RENEE EIDSON, waives her right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

   Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of his attorney, Anthony P. Capozzi, the same as if the

- 1 -

Defendant's Notice of
Waiver of Personal Appearance

PDF created with pdfFactory trial version www.pdffactory.com

Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in her absence.

   Defendant further acknowledges that she has been informed of her rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.

Dated:  February 12, 2007

                              /s/ Rayleen Eidson
                              RAYLEEN RENEE EIDSON

Dated:  February 13, 2007

                              /s/ Anthony P. Capozzi
                              ANTHONY P. CAPOZZI,
                              Attorney for Defendant

**ORDER**

**IT IS SO ORDERED:**

Dated:     February _15, 2007

                              /s/ OLIVER W. WANGER
                              Honorable Oliver W. Wanger
                              U.S. District Court Judge

- 2 -

Defendant's Notice of
Waiver of Personal Appearance

PDF created with pdfFactory trial version www.pdffactory.com