```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )      1:05-CR-242 OWW
                             )
     v.                      )
                             )      ORDER DISMISSING INDICTMENT
RAYLEEN RENEE EIDSON,        )      AS TO DEFENDANT
                             )      RAYLEEN RENEE EIDSON ONLY
            Defendant        )
_____)
```

Pursuant to the oral motion of the government, the Indictment as to defendant RAYLEEN RENEE EIDSON only, is ordered dismissed. IT IS SO ORDERED.

**Dated:   October 2, 2007**             /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

1