

ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
RAYLEEN RENEE EIDSON

FILED
OCT 11 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-05-0242 OWW |
| Plaintiff, | MOTION TO EXONERATE CASH BOND AND PROPOSED ORDER |
| vs. | |
| RAYLEEN RENEE EIDSON, | |
| Defendant. | |

Defendant, RAYLEEN RENEE EIDSON, by and through her legal counsel, ANTHONY P. CAPOZZI, respectfully requests that the following cash bond (receipt #1019843) in the amount of Ten Thousand Dollars ($10,000.00) posted as collateral in the above entitled case be exonerated and re-conveyed to her Grandmother, Jane Cadwell-Groff, as follows:

> Jane Cadwell-Groff
> 4697 E. Vassar Avenue
> Fresno, CA 93703-2731

///

///

- 1 -

///

This request is made pursuant to the Order of this Court that the Defendant, RAYLEEN RENEE EIDSON, be dismissed from the above referenced matter.

Respectfully submitted,

Dated: October 4, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
RAYLEEN RENEE EIDSON

## ORDER

**IT IS HEREBY ORDERED**, good cause having been shown and pursuant to the Motion of the Defendant that the cash bond in the amount of Ten Thousand Dollars ($10,000.00), receipt #1019843 posted as collateral herein be exonerated and re-conveyed to the Defendant's Grandmother, Jane Cadwell-Groff as follows:

Jane Cadwell-Groff
4697 E. Vassar Avenue
Fresno, CA  93703-2731

Dated: October 11, 2007

Honorable Oliver W. Wanger,
United States District Court Judge